# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CAROSELLI, SR. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY | : | No. 10-1671 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **16th August, 2010**, upon consideration of Defendant's Motion to Dismiss Complaint, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons stated in this Court's Memorandum of August 16, 2010, it is hereby **ORDERED** that:

1. The motion (Document No. 3) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*[signature]*

**Berle M. Schiller, J.**